GRANT C. JAQUITH
Acting United States Attorney
Emily M. Fishman
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-2644
emily.fishman@ssa.gov
Bar Roll No. 518330

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
       DEC - 4 2017
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KEVIN MICHAEL SHACKELTON,

                              Plaintiff,

           v.

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
-----------------------------------------------------------x

No. 3:17-cv-00630-TJM-ATB

CONSENT ORDER TO REMAND
PURSUANT TO SENTENCE 4 OF
42 U.S.C. § 405(g)

       This matter having been opened to the Court by Grant C. Jaquith, Acting United States Attorney for the Northern District of New York, and Emily M. Fishman, Special Assistant United States Attorney, attorneys for the Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorneys, having consented to the within order and the requested remand; and the Court having considered the matter,

IT IS on this __1st__ day of ~~November~~ December, 2017;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED, and the Clerk is hereby directed to enter judgment, in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Hon. Thomas J. McAvoy, SUSDJ

The undersigned hereby consent to the form and entry of the within order.

GRANT C. JAQUITH
Acting United States Attorney

BY: /s/ *Emily M. Fishman*
Emily M. Fishman, Esq.
Special Assistant United States Attorney
Attorney for Defendant
Bar Roll No. 518330

/s/ *Brian Josiah Jayakumar*
Brian Josiah Jayakumar, Esq., Staff Attorney
Legal Aid Society of Mid-New York
Attorney for Plaintiff
Bar Roll No. 519748